**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| MR. KERIUM ALLEN GARRICK, SR., #853734 - CFCF, | : No. 72 EM 2014 |
| Petitioner | : |
| v. | : |
| MICHELE FARRELL, WARDEN - CURRAN FROMHOLD CORRECTIONAL FACILITY (CFCF) 7901 STATE RD., PHILA., PA 19136 & JOHN DELANEY - DETENTION CENTER D.C. WARDEN - 8201 STATE ROAD, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of August, 2014, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus, and the Application for an Immediate Hearing are **DISMISSED**. Commonwealth v. Reid, 642 A.2d 453 (Pa. 1994) (hybrid representation not permitted). The Prothonotary is directed to forward these filings to counsel of record.